STRADLEY RONON STEVENS & YOUNG, LLP
A Pennsylvania Limited Liability Partnership
By:    Francis X. Manning, Esquire
        Adam J. Petitt, Esquire
457 Haddonfield Road, Suite 100
Cherry Hill, NJ 08002
T: (856) 321-2403
F: (856) 321-2415
E: fmanning@stradley.com; apetitt@stradley.com
*Attorneys for Defendant, United Healthcare Services, Inc.*

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| JOSEPH RAKOFSKY, | No. |
| Plaintiff, | |
| v. | Filed Electronically |
| UNITED HEALTHCARE SERVICES, INC., | **LOCAL RULE 11.2 CERTIFICATION** |
| Defendant. | |

    I, Adam J. Petitt, hereby certify that the matter in controversy is not the subject of any other action pending in any court, or of any pending arbitration or administrative proceeding.

                                    *s/ Adam J. Petitt*
                                    Adam J. Petitt

Dated: April 11, 2019