## CERTIFICATE OF SERVICE

I, Adam J. Petitt, hereby certify that on April 11, 2019, I caused true and correct copies of this Notice of Removal and its Exhibits and Civil Cover Sheet, filed in the within action, along with a copy of the State Court Notice of Removal, to be served by U.S. Mail upon the following:

Joseph Rakofsky, Esq.
46 Mercer Street, Suite 2
Jersey City, NJ 07302
*Plaintiff Pro Se*

    *s/ Adam J. Petitt*
    Adam J. Petitt

4085731