# EXHIBIT A

Joseph Rakofsky, Esq. (034462009)
46 Mercer Street, Suite 2
Jersey City, NJ 07302
Tel. 888.977.0090
Fax. 888.977.4711
*Pro se*

---------------------------------------------X

| | |
|---|---|
| JOSEPH RAKOFSKY, | SUPERIOR COURT OF NEW JERSEY |
| | LAW DIVISION |
| Plaintiff, | HUDSON COUNTY |
| | |
| v. | Docket No.: |
| | |
| UNITED HEALTHCARE SERVICES, INC., | <u>CIVIL ACTION</u> |
| | |
| | **COMPLAINT AND** |
| Defendants. | **JURY DEMAND** |

---------------------------------------------X

The Plaintiff above named, complaining of the defendants, *Pro se*, respectfully alleges:

1.     Plaintiff JOSEPH RAKOFSKY (hereinafter referred to as "PLAINTIFF") was, at all relevant times, and is a resident of the County of Hudson, State of New Jersey.

2.     Upon information and belief, at all relevant times, defendant UNITED HEALTHCARE SERVICES, INC. (hereinafter referred to as "Health Insurance company" or "United Healthcare" or "Defendant") was and is a corporation doing business in the State of New Jersey.

## <u>BACKGROUND</u>

3.     At some unknown time, Plaintiff (and Plaintiff's relative, who was ill) purchased a Health Insurance policy from Defendant, Health Insurance company.

4.     In or about spring of 2015, Plaintiff, together with his ill relative, opened a joint bank account at Bank of America.

1

5.      The purpose of the aforementioned bank account was to provide funds, which paid for required medical and day-to-day services (including salaries for Plaintiff's relative's caregivers, etc.) that Plaintiff's relative required in order to survive.

6.      At some unknown time, Defendant, Health Insurance company, induced Plaintiff (and Plaintiff's relative) to provide it permission to deduct its premiums automatically from the aforementioned account.

7.      Immediately thereafter, Defendant, Health Insurance company, deducted its premiums automatically from the aforementioned account.

8.      On or about December 18, 2018, Plaintiff's relative died.

9.      Immediately upon the death of Plaintiff's relative, the aforementioned bank account, by operation of law, became an individual bank account owned solely by Plaintiff.

10.      Shortly after Plaintiff's relative died, Defendant, Health Insurance company, was duly informed that Plaintiff's relative died.

11.      However, even though Defendant, Health Insurance company, was duly informed that Plaintiff's relative died and that, because he was no longer alive, he would no longer require health insurance benefits, Defendant, Health Insurance company, continued to deduct money from the aforementioned bank account at Bank of America.

12.      On or about March 8, 2019, Plaintiff became aware that Defendant, Health Insurance company, refused to cease charging Plaintiff's Bank Account for approximately three months when Plaintiff's relative died.

13.      On or about March 8, 2019, Plaintiff communicated (over the telephone) with Defendant that Defendant, Health Insurance company, must stop charging his bank

2

account and immediately refund Plaintiff the money that was improperly charged to Plaintiff.

14.    At that time, an agent for Defendant, Health Insurance company, stated that Defendant would continue to charge Plaintiff premiums, even though it knew that Plaintiff's relative had already died in December 2018.

15.    Further, at that time, an agent for Defendant, Health Insurance company, stated that Defendant would continue to charge Plaintiff premiums, even though it knew that Plaintiff expressly demanded that Defendant, Health Insurance company, cease and desist from charging his account and refund his money.

16.    At that time, an agent for Defendant, Health Insurance company, attempted to justify the unlawful and improper charges and withdrawals from Plaintiff's account by stating a number of bogus assertions.

17.    At that time, Defendant, Health Insurance company admitted that, even a death certificate proving the death of Plaintiff's relative would not result in the cessation of Defendant, Health Insurance company, from unlawfully charging Plaintiff's account.

18.    Shortly thereafter, Plaintiff filed the instant lawsuit.

## AS AND FOR A FIRST CAUSE OF ACTION UNDER VIOLATION OF CONSUMER FRAUD ACT

19.    Plaintiff hereby repeats the allegations of paragraphs 1-18, inclusive, with the same force and effect as though set forth at length herein.

20.    Defendant made a material misrepresentation of a presently existing or past fact when it stated that it would no longer charge a former insured after he was deceased.

3

21.    Defendant knew or believed that its promises were empty and that it would not fulfill such promises.

22.    Defendant sought to enrich itself by continuing to deduct money from Plaintiff's bank account.

23.    Defendant intended for Plaintiff (and Plaintiff's relative) to rely on its material misrepresentations.

24.    Plaintiff (and Plaintiff's relative) relied upon Defendant's material misrepresentations.

25.    Defendant perpetrated unconscionable commercial practices, deception and fraud.

26.    Defendant abused its privilege of incorporation by using its subsidiary or agent to perpetrate a fraud or injustice or otherwise to circumvent the law.

27.    Adherence to the fiction of a separate corporate existence would perpetrate a fraud or injustice, or otherwise circumvent the law.

28.    As a direct and proximate result of the repeated and ongoing fraudulent acts alleged herein, Plaintiff suffered an ascertainable loss.

29.    As a direct, specific and proximate consequence of Defendant's fraudulent acts, Plaintiff has suffered terrible mental anguish, has been unable to sleep, has been subjected to physical pain as a result of being unable to sleep and has been unable to participate in the majority of his daily activities. Because Plaintiff suffered physical pain, mental anguish and a traumatic emotional injury at the hands of United Healthcare, as well as its agents, he has been deprived of the ability to provide services in interstate or foreign commerce for the next thirty years and earn income. In addition, Plaintiff suffered

4

mental anguish and pain and suffering, for which, it will require physical rehabilitation and psychological treatment for the rest of his life, to deal with the various traumas associated with his injuries due to the intentional or negligent acts of United Healthcare, as well as its agents. In addition, Plaintiff has been injured by those acts engaged in heretofore by United Healthcare, as well as its agents, which has caused his health and quality of life to be profoundly impaired, has lost his ability to work in a meaningful way and to provide, for himself, the basic necessities that a human being requires for survival now and hereafter.

WHEREFORE, Plaintiff prays judgment against Defendant on this First Cause of Action contained herein in an amount to be determined at Trial and that the court assess treble damages, punitive damages, together with the costs of suit and attorney's fees.

## AS AND FOR A SECOND CAUSE OF ACTION UNDER FRAUD

30.     Plaintiff hereby repeats the allegations of paragraphs 1-29, inclusive, with the same force and effect as though set forth at length herein.

31.     Defendant violated N.J. Rev Stat § 2C:21-7 (2014).

32.     Defendant made a material misrepresentation of a presently existing or past fact when it stated that it would no longer charge a former insured after he was deceased.

33.     Defendant knew or believed that its promises were empty and it they would not fulfill such promises.

34.     Defendant sought to enrich itself by continuing to deduct money from Plaintiff's bank account.

5

35.    Defendant intended for Plaintiff (and Plaintiff's relative) to rely on its material misrepresentations.

36.    Plaintiff (and Plaintiff's relative) relied upon Defendant's material misrepresentations.

37.    As a direct, specific and proximate consequence of Defendant's fraudulent acts, Plaintiff has suffered terrible mental anguish, has been unable to sleep, has been subjected to physical pain as a result of being unable to sleep and has been unable to participate in the majority of his daily activities. Because Plaintiff suffered physical pain, mental anguish and a traumatic emotional injury at the hands of United Healthcare, as well as its agents, he has been deprived of the ability to provide services in interstate or foreign commerce for the next thirty years and earn income. In addition, Plaintiff suffered mental anguish and pain and suffering, for which, it will require physical rehabilitation and psychological treatment for the rest of his life, to deal with the various traumas associated with his injuries due to the intentional or negligent acts of United Healthcare, as well as its agents. In addition, Plaintiff has been injured by those acts engaged in heretofore by United Healthcare, as well as its agents, which has caused his health and quality of life to be profoundly impaired, has lost his ability to work in a meaningful way and to provide, for himself, the basic necessities that a human being requires for survival now and hereafter.

**WHEREFORE**, Plaintiff prays judgment against Defendants on this Second Cause of Action contained herein in an amount to be determined at Trial and that the court assess <u>treble</u> damages, punitive damages, together with the costs of suit and attorney's fees.

6

## AS AND FOR A THIRD CAUSE OF ACTION UNDER NEGLIGENCE

38.    Plaintiff repeats the allegations contained in paragraphs 1 through 37 hereof with the same force and effect as though set forth at length herein.

39.    Defendant had and has a duty not to abuse its power to deduct money from bank accounts of those (and their relatives) who may have formerly been insured by Defendant, Health Insurance company.

40.    Defendant breached such duty.

41.    As a direct, specific and proximate consequence of Defendant's fraudulent acts, Plaintiff has suffered terrible mental anguish, has been unable to sleep, has been subjected to physical pain as a result of being unable to sleep and has been unable to participate in the majority of his daily activities. Because Plaintiff suffered physical pain, mental anguish and a traumatic emotional injury at the hands of United Healthcare, as well as its agents, he has been deprived of the ability to provide services in interstate or foreign commerce for the next thirty years and earn income. In addition, Plaintiff suffered mental anguish and pain and suffering, for which, it will require physical rehabilitation and psychological treatment for the rest of his life, to deal with the various traumas associated with his injuries due to the intentional or negligent acts of United Healthcare, as well as its agents. In addition, Plaintiff has been injured by those acts engaged in heretofore by United Healthcare, as well as its agents, which has caused his health and quality of life to be profoundly impaired, has lost his ability to work in a meaningful way and to provide, for himself, the basic necessities that a human being requires for survival now and hereafter.

7

**WHEREFORE**, Plaintiff prays judgment against Defendants on this Third Cause of Action contained herein in an amount to be determined at Trial and that the court assess punitive damages, together with the costs of suit and attorney's fees.

## AS AND FOR A FOURTH CAUSE OF ACTION UNDER BREACH OF CONTRACT

42.    Plaintiff repeats the allegations contained in paragraphs 1 through 41 hereof with the same force and effect as though set forth at length herein.

43.    Health Insurance company entered into a contract with Plaintiff's relative (through Plaintiff).

44.    Plaintiff (and Plaintiff's relative) satisfied their obligations under the contract.

45.    Health Insurance company breached such contract.

46.    As a direct, specific and proximate consequence of Defendant's fraudulent acts, Plaintiff has suffered terrible mental anguish, has been unable to sleep, has been subjected to physical pain as a result of being unable to sleep and has been unable to participate in the majority of his daily activities. Because Plaintiff suffered physical pain, mental anguish and a traumatic emotional injury at the hands of United Healthcare, as well as its agents, he has been deprived of the ability to provide services in interstate or foreign commerce for the next thirty years and earn income. In addition, Plaintiff suffered mental anguish and pain and suffering, for which, it will require physical rehabilitation and psychological treatment for the rest of his life, to deal with the various traumas associated with his injuries due to the intentional or negligent acts of United Healthcare, as well as its agents. In addition, Plaintiff has been injured by those acts engaged in

8

heretofore by United Healthcare, as well as its agents, which has caused his health and quality of life to be profoundly impaired, has lost his ability to work in a meaningful way and to provide, for himself, the basic necessities that a human being requires for survival now and hereafter.

**WHEREFORE**, Plaintiff prays judgment against Defendants on this Fourth Cause of Action contained herein in an amount to be determined at Trial and that the court assess punitive damages, together with the costs of suit and attorney's fees.

## AS AND FOR A FIFTH CAUSE OF ACTION UNDER TORTIOUS INTERFERENCE WITH BUSINESS CONTRACTS

47.     Plaintiff hereby repeats the allegations of paragraphs 1-46, inclusive, with the same force and effect as though set forth at length herein.

48.     Plaintiff entered into a contract with certain parties.

49.     As a result of entering into the contract, Plaintiff was entitled to be compensated for the work he performed.

50.     However, Defendants unlawfully sought to interfere with Plaintiff's right to earn a living when it unlawfully and improperly refused to cease pillaging Plaintiff's bank account.

51.     As a direct, specific and proximate consequence of Defendant's fraudulent acts, Plaintiff has suffered terrible mental anguish, has been unable to sleep, has been subjected to physical pain as a result of being unable to sleep and has been unable to participate in the majority of his daily activities. Because Plaintiff suffered physical pain, mental anguish and a traumatic emotional injury at the hands of United Healthcare, as well as its agents, he has been deprived of the ability to provide services in interstate or

9

foreign commerce for the next thirty years and earn income. In addition, Plaintiff suffered mental anguish and pain and suffering, for which, it will require physical rehabilitation and psychological treatment for the rest of his life, to deal with the various traumas associated with his injuries due to the intentional or negligent acts of United Healthcare, as well as its agents. In addition, Plaintiff has been injured by those acts engaged in heretofore by United Healthcare, as well as its agents, which has caused his health and quality of life to be profoundly impaired, has lost his ability to work in a meaningful way and to provide, for himself, the basic necessities that a human being requires for survival now and hereafter.

   **WHEREFORE**, Plaintiff prays judgment against Defendants on this Fifth Cause of Action contained herein in an amount to be determined at Trial and that the court assess punitive damages, together with the costs of suit and attorney's fees.

### AS AND FOR A SIXTH CAUSE OF ACTION UNDER UNJUST ENRICHMENT

   52. Plaintiff hereby repeats the allegations of paragraphs 1-51, inclusive, with the same force and effect as though set forth at length herein.

   53. Defendant retained money, which was paid by Plaintiff and deducted from his Bank of America bank account, which did not belong to it and, of which, Plaintiff was improperly deprived.

   54. Defendant's retention of the aforementioned moneys would be unjust.

   55. As a direct, specific and proximate consequence of Defendant's fraudulent acts, Plaintiff has suffered terrible mental anguish, has been unable to sleep, has been

subjected to physical pain as a result of being unable to sleep and has been unable to participate in the majority of his daily activities. Because Plaintiff suffered physical pain, mental anguish and a traumatic emotional injury at the hands of United Healthcare, as well as its agents, he has been deprived of the ability to provide services in interstate or foreign commerce for the next thirty years and earn income. In addition, Plaintiff suffered mental anguish and pain and suffering, for which, it will require physical rehabilitation and psychological treatment for the rest of his life, to deal with the various traumas associated with his injuries due to the intentional or negligent acts of United Healthcare, as well as its agents. In addition, Plaintiff has been injured by those acts engaged in heretofore by United Healthcare, as well as its agents, which has caused his health and quality of life to be profoundly impaired, has lost his ability to work in a meaningful way and to provide, for himself, the basic necessities that a human being requires for survival now and hereafter.

**WHEREFORE,** Plaintiff prays judgment against Defendant on this Sixth Cause of Action contained herein and that the Court assess punitive damages, together with the costs of suit and attorney's fees.

## AS AND FOR A SEVENTH CAUSE OF ACTION UNDER NEGLIGENT INFLICTION OF EMOTIONAL DISTRESS

56.    Plaintiff hereby repeats the allegations of paragraphs 1-55, inclusive, with the same force and effect as though set forth at length herein.

57.    Defendant acted negligently.

11

58.    Defendant's conduct in refusing to stop charging Plaintiff for premiums added salt to an already-painful wound. As such, Defendant's behavior was extreme and outrageous.

59.    As a direct and proximate cause of Defendant's breach of its duties, Plaintiff suffered grave emotional distress.

60.    The emotional distress suffered by Plaintiff was so severe that no reasonable person could be expected to endure it.

61.    As a direct, specific and proximate consequence of Defendant's negligent acts, Plaintiff has suffered terrible mental anguish, has been unable to sleep, has been subjected to physical pain as a result of being unable to sleep and has been unable to participate in the majority of his daily activities. Because Plaintiff suffered physical pain, mental anguish and a traumatic emotional injury at the hands of United Healthcare, as well as its agents, he has been deprived of the ability to provide services in interstate or foreign commerce for the next thirty years and earn income. In addition, Plaintiff suffered mental anguish and pain and suffering, for which, it will require physical rehabilitation and psychological treatment for the rest of his life, to deal with the various traumas associated with his injuries due to the intentional or negligent acts of United Healthcare, as well as its agents. In addition, Plaintiff has been injured by those acts engaged in heretofore by United Healthcare, as well as its agents, which has caused his health and quality of life to be profoundly impaired, has lost his ability to work in a meaningful way and to provide, for himself, the basic necessities that a human being requires for survival now and hereafter.

**WHEREFORE,** Plaintiff prays judgment against Defendant on this Seventh Cause of Action contained herein and that the Court assess punitive damages, together with the costs of suit and attorney's fees.

## AS AND FOR AN EIGHTH CAUSE OF ACTION UNDER INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS

62.     Plaintiff hereby repeats the allegations of paragraphs 1-61, inclusive, with the same force and effect as though set forth at length herein.

63.     Defendant's aforementioned conduct was intentional or reckless.

64.     Defendant knew or should have known that emotional distress would likely result.

65.     Defendant's conduct was outrageous and is to be regarded as odious and utterly intolerable in a civilized community.

66.     Defendant's conduct caused the emotional distress.

67.     Plaintiff's emotional distress was and is severe.

68.     As a direct, specific and proximate consequence of Defendant's intentional acts, Plaintiff has suffered terrible mental anguish, has been unable to sleep, has been subjected to physical pain as a result of being unable to sleep and has been unable to participate in the majority of his daily activities. Because Plaintiff suffered physical pain, mental anguish and a traumatic emotional injury at the hands of United Healthcare, as well as its agents, he has been deprived of the ability to provide services in interstate or foreign commerce for the next thirty years and earn income. In addition, Plaintiff suffered mental anguish and pain and suffering, for which, it will require physical rehabilitation and psychological treatment for the rest of his life, to deal with the various traumas

13

associated with his injuries due to the intentional or negligent acts of United Healthcare, as well as its agents. In addition, Plaintiff has been injured by those acts engaged in heretofore by United Healthcare, as well as its agents, which has caused his health and quality of life to be profoundly impaired, has lost his ability to work in a meaningful way and to provide, for himself, the basic necessities that a human being requires for survival now and hereafter.

**WHEREFORE,** Plaintiff prays judgment against Defendant on this Eighth Cause of Action contained herein and that the Court assess punitive damages, together with the costs of suit and attorney's fees.

## **RELIEF SOUGHT**

69.     As a direct, specific and proximate consequence of Defendant's fraudulent acts, Plaintiff has suffered terrible mental anguish, has been unable to sleep, has been subjected to physical pain as a result of being unable to sleep and has been unable to participate in the majority of his daily activities. Because Plaintiff suffered physical pain, mental anguish and a traumatic emotional injury at the hands of United Healthcare, as well as its agents, he has been deprived of the ability to provide services in interstate or foreign commerce for the next thirty years and earn income. In addition, Plaintiff suffered mental anguish and pain and suffering, for which, it will require physical rehabilitation and psychological treatment for the rest of his life, to deal with the various traumas associated with his injuries due to the intentional or negligent acts of United Healthcare, as well as its agents. In addition, Plaintiff has been injured by those acts engaged in heretofore by United Healthcare, as well as its agents, which has caused his health and quality of life to be profoundly impaired, has lost his ability to work in a meaningful way

14

and to provide, for himself, the basic necessities that a human being requires for survival now and hereafter.

**WHEREFORE**, the plaintiff prays judgment against the defendants jointly and severally as follows:

A. in an amount to be determined at trial of this action and that the court assess punitive damages, together with the costs of suit, disbursements and attorney's fees, and

B. Such other and further relief as to which this Court may deem proper and applicable to award.

## JURY DEMAND

Plaintiff demands a trial by jury on all issues in the cause.

## DESIGNATION OF TRIAL COUNSEL

Pursuant to the provisions of R. 4:25-4, the Court is advised that Joseph Rakofsky, Esq. is hereby designated as trial counsel.

## CERTIFICATION PURSUANT TO R. 1:38-7(b) and R. 4:5-1

To the best of my knowledge and belief, this matter in controversy is not the subject of any other action pending in any Court or of a pending arbitration proceeding, nor is any such proceeding contemplated at this time. Further, to the best of my

knowledge and belief, all confidential personal identifiers have been removed from this

Complaint.


    *I certify that the foregoing statements made by me are true. I am aware that if any*

*of the foregoing statements made by me are willfully false, I am subject to punishment.*

Dated:  March 10, 2019


                    Respectfully Submitted,

                    __/s:Joseph Rakofsky/__
                    By: Joseph Rakofsky, Esq.
                      (*Pro-se*)

16

# Civil Case Information Statement

## Case Details: HUDSON | Civil Part Docket# L-000998-19

**Case Caption:** RAKOFSKY JOSEPH  VS UNITED
HEALTHCARE IN C.

**Case Initiation Date:** 03/11/2019

**Attorney Name:** JOSEPH RAKOFSKY

**Firm Name:** INJURY & ACCIDENT LAW RAKOFSKY, LLC

**Address:** 46 MERCER ST., STE 2

JERSEY CITY NJ 07302

**Phone:**

**Name of Party:** PLAINTIFF : Rakofsky, Joseph

**Name of Defendant's Primary Insurance Company**
(if known): Unknown

**Case Type:** TORT-OTHER

**Document Type:** NJ eCourts Case Initiation Confirmation

**Jury Demand:** YES - 6 JURORS

**Hurricane Sandy related?** NO

**Is this a professional malpractice case?**  NO

**Related cases pending:** NO

**If yes, list docket numbers:**

**Do you anticipate adding any parties (arising out of same
transaction or occurrence)?** NO

### THE INFORMATION PROVIDED ON THIS FORM CANNOT BE INTRODUCED INTO EVIDENCE
CASE CHARACTERISTICS FOR PURPOSES OF DETERMINING IF CASE IS APPROPRIATE FOR MEDIATION

**Do parties have a current, past, or recurrent relationship?** YES

**If yes, is that relationship:** Business

**Does the statute governing this case provide for payment of fees by the losing party?** NO

**Use this space to alert the court to any special case characteristics that may warrant individual
management or accelerated disposition:**

**Do you or your client need any disability accommodations?** NO
    **If yes, please identify the requested accommodation:**

**Will an interpreter be needed?** NO
    **If yes, for what language:**

I certify that confidential personal identifiers have been redacted from documents now submitted to the
court, and will be redacted from all documents submitted in the future in accordance with *Rule* 1:38-7(b)

03/11/2019
Dated

/s/ JOSEPH RAKOFSKY
Signed

HUDSON COUNTY SUPERIOR COURT
HUDSON COUNTY
583 NEWARK AVENUE
JERSEY CITY      NJ 07306
                                    TRACK ASSIGNMENT NOTICE
COURT TELEPHONE NO. (201) 217-5162
COURT HOURS  8:30 AM - 4:30 PM

                        DATE:   MARCH 11, 2019
                        RE:     RAKOFSKY JOSEPH  VS UNITED HEALTHCARE IN C.
                        DOCKET: HUD L -000998 19

     THE ABOVE CASE HAS BEEN ASSIGNED TO:  TRACK 2.

     DISCOVERY IS   300 DAYS AND RUNS FROM THE FIRST ANSWER OR 90 DAYS
FROM SERVICE ON THE FIRST DEFENDANT, WHICHEVER COMES FIRST.

     THE PRETRIAL JUDGE ASSIGNED IS:  HON VINCENT J. MILITELLO

      IF YOU HAVE ANY QUESTIONS, CONTACT TEAM      002
AT:  (201) 795-6908.

      IF YOU BELIEVE THAT THE TRACK IS INAPPROPRIATE YOU MUST FILE A
 CERTIFICATION OF GOOD CAUSE WITHIN 30 DAYS OF THE FILING OF YOUR PLEADING.
      PLAINTIFF MUST SERVE COPIES OF THIS FORM ON ALL OTHER PARTIES IN ACCORDANCE
WITH  R.4:5A-2.
                        ATTENTION:
                             ATT: JOSEPH RAKOFSKY
                             INJURY & ACCIDENT LAW RAKOFSKY
                             46 MERCER ST., STE 2
                             JERSEY CITY      NJ 07302

JUNAP4

STRADLEY RONON STEVENS & YOUNG, LLP
A Pennsylvania Limited Liability Partnership
By:    Adam J. Petitt, Esquire
457 Haddonfield Road, Suite 100
Cherry Hill, NJ 08002
T:  (215) 564-8130
F:  (215) 564-8120
E:  apetitt@stradley.com
Attorneys for Defendant United Healthcare Services, Inc.

| | | |
|---|---|---|
| JOSEPH RAKOFSKY, | : | SUPERIOR COURT OF NEW JERSEY, HUDSON COUNTY LAW DIVISION |
| Plaintiff, | : | |
| v. | : | Docket No. HUD-L-998-19 |
| UNITED HEALTHCARE SERVICES, INC., | : | **ENTRY OF APPEARANCE** |
| Defendant. | : | |

Kindly enter the appearance of Adam J. Petitt, Esquire, of Stradley Ronon

Stevens & Young, LLP, as counsel for Defendant United Healthcare Services, Inc. in the above-

referenced matter.

/s/ Adam J. Petitt
Adam J. Petitt
STRADLEY RONON STEVENS & YOUNG, LLP
A Pennsylvania Limited Liability Partnership
LibertyView
457 Haddonfield Road, Suite 100
Cherry Hill, New Jersey  08002
(215) 564-8130
apetitt@stradley.com
Attorneys for United Healthcare Services, Inc.

Dated: April 2, 2019

## <u>CERTIFICATE OF SERVICE</u>

I, Adam J. Petitt, hereby certify that on April 2, 2019, I caused a true and correct copy of the foregoing to be filed electronically on eCourt system and simultaneously served via U.S. Mail, postage prepaid, on the following:

> Joseph A. Rakofsky
> J.A. Rakofsky Injury & Accident Law, LLC
> 46 Mercer Street, Suite 2
> Jersey City, NJ 07302
> Plaintiff *Pro Se*

> /s/ Adam J. Petitt
> Adam J. Petitt

4073960
4073960

STRADLEY RONON STEVENS & YOUNG, LLP
A Pennsylvania Limited Liability Partnership
By:    Adam J. Petitt, Esquire
457 Haddonfield Road, Suite 100
Cherry Hill, NJ 08002
T:  (215) 564-8130
F:  (215) 564-8120
E:  apetitt@stradley.com
Attorneys for Defendant United Healthcare Services, Inc.

| | | |
|---|---|---|
| JOSEPH RAKOFSKY, | : | SUPERIOR COURT OF NEW |
| | : | JERSEY, HUDSON COUNTY |
| Plaintiff, | : | LAW DIVISION |
| | : | |
| v. | : | Docket No. HUD-L-998-19 |
| | : | |
| UNITED HEALTHCARE SERVICES, INC., | : | **STIPULATION TO EXTEND** |
| | : | **TIME TO ANSWER, PLEAD, OR** |
| Defendant. | : | **OTHERWISE RESPOND TO** |
| | : | **COMPLAINT** |
| | : | |

It is hereby stipulated by and between Plaintiff *Pro Se* and counsel for defendant

United Healthcare Services, Inc. that the time within which the Defendant must answer, plead, or

otherwise respond to the Complaint is extended to and including May 17, 2019.

/s/ Joseph A. Rakofsky
Joseph A. Rakofsky
J.A. RAKOFSKY INJURY & ACCIDENT
LAW, LLC
46 Mercer Street, Suite 2
Jersey City, NJ 07302
(888) 977-0090
triallawyerusa@gmail.com
Plaintiff *Pro Se*

/s/ Adam J. Petitt
Adam J. Petitt
STRADLEY RONON STEVENS & YOUNG, LLP
A Pennsylvania Limited Liability Partnership
LibertyView
457 Haddonfield Road, Suite 100
Cherry Hill, New Jersey  08002
(215) 564-8130
apetitt@stradley.com
Attorneys for United Healthcare Services, Inc.

Dated: April 2, 2019

4073960
4073960