# EXHIBIT B

STRADLEY RONON STEVENS & YOUNG, LLP
A Pennsylvania Limited Liability Partnership
By:    Francis X. Manning, Esquire
         Adam Petitt, Esquire
457 Haddonfield Road, Suite 100
Cherry Hill, NJ 08002
T: (856) 321-2403
F: (856) 321-2415
E: fmanning@stradley.com; apetitt@stradley.com
*Attorneys for defendant United Healthcare Services, Inc.*

| | |
|---|---|
| JOSEPH RAKOFSKY, | SUPERIOR COURT OF NEW JERSEY – LAW DIVISION – HUDSON COUNTY |
| Plaintiff, | |
| v. | DOCKET NO. – HUD-L-998-19 |
| UNITED HEALTHCARE SERVICES, INC., | Filed Electronically |
| Defendant. | **NOTICE OF FILING NOTICE OF REMOVAL** |

**PLEASE TAKE NOTICE** that on the 11th day of April, 2019, defendant United Healthcare Services, Inc. ("United HealthCare") filed a Notice of Removal in the office of the Clerk of the United States District Court for the District of New Jersey, under the provisions of 28 U.S.C. § 1441. A copy of the Notice of Removal is attached as Exhibit A.

Pursuant to 28 U.S.C. § 1446(d), the filing of this Notice with the Superior Court of New Jersey effects the removal of this action to the federal court, and the Superior Court shall proceed no further unless and until the case is remanded.

- 2 -

Respectfully Submitted,

Dated: April 11, 2019          STRADLEY RONON STEVENS & YOUNG, LLP

By: */s/ Adam J. Petitt*
Francis X. Manning, Esquire
Adam Petitt, Esquire
457 Haddonfield Road, Suite 100
Cherry Hill, NJ 08002
T: (856) 321-2403
F: (856) 321-2415
E: fmanning@stradley.com;
   apetitt@stradley.com
*Attorneys for defendant United Healthcare Services, Inc.*

## **CERTIFICATE OF SERVICE**

I, Adam J. Petitt, hereby certify that on April 11, 2019, I served a true and correct copy of the foregoing Notice of Filing of Notice of Removal and its Exhibits via U.S. Mail upon:

Joseph Rakofsky, Esq.
46 Mercer Street, Suite 2
Jersey City, NJ 07302
*Plaintiff Pro Se*

*s/ Adam J. Petitt*
Adam J. Petitt

4085748