## UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY

**CHAMBERS OF**
**ESTHER SALAS**
**UNITED STATES DISTRICT JUDGE**

MARTIN LUTHER KING
COURTHOUSE
50 WALNUT ST.
ROOM 5076
NEWARK, NJ 07101
973-297-4887

July 29, 2019

## LETTER ORDER

**Re:** *Rakofsky v. United Healthcare Servs., Inc.*
**Civil Action No. 19-9575 (ES) (CLW)**

Dear Parties:

On April 19, 2019, Plaintiff Joseph Rakofsky moved to remand this action to the Superior Court of New Jersey, Hudson County. (D.E. No. 4). On July 11, 2019, the Honorable Cathy L. Waldor, U.S.M.J., issued a Report and Recommendation that the Undersigned deny Plaintiff's motion to remand and corresponding motion for attorneys' fees. (D.E. No. 13). The parties had fourteen days to file and serve any objections to Magistrate Judge Waldor's Report and Recommendation pursuant to Local Civil Rule 72.1(c)(2). To date, neither party has filed any objections.

Having reviewed the parties' submissions and Magistrate Judge Waldor's Report and Recommendation, and for the reasons stated therein,

IT IS on this 29th day of July 2019,

**ORDERED** that this Court ADOPTS Magistrate Judge Waldor's Report and Recommendation in full, as the Opinion of this Court; and it is further

**ORDERED** that Plaintiff's motion to remand and corresponding motion for attorneys' fees are DENIED.

*s/Esther Salas*
**Esther Salas, U.S.D.J.**