# J. A. RAKOFSKY
# INJURY & ACCIDENT LAW, LLC

46 MERCER STREET, SUITE 2 ● JERSEY CITY, NJ 07302 ● Tel. 888.977.0090 ● Fax. 888.977.4711

October 7, 2019

**Via Regular mail:**
To:  Hon. Cathy L. Waldor,
     United States Magistrate Judge
     United States District Court
     District Court of New Jersey
     Dr. Martin Luther King, Jr. Courthouse
     50 Walnut Street, Room 4040
     Newark, NJ 07101

RE:  **Rakofsky v. United Healthcare Services, Inc.**
     **Docket #:    2:19-cv-09575-ES-CLW**

Dear Judge Waldor,

I am in receipt of Your Honor's Order, which scheduled an In-Person Status Conference on Monday, December 2, 2019. Because I will be out of town for the holidays, if possible, I respectfully request that the In-Person Status Conference be moved up to any day from Monday, November 18, 2019 through Monday, November 25, 2019.

If Your Honor has any further questions, please do not hesitate to make contact with me. Thank you.

Respectfully submitted,

/s/ *Joseph Rakofsky*

Joseph Rakofsky, Esq.