

**Stradley Ronon Stevens & Young, LLP**
A Pennsylvania Limited Liability Partnership
LibertyView
457 Haddonfield Road, Suite 100
Cherry Hill, NJ  08002-2223
Telephone  856.321.2400
Fax  856.321.2415
www.stradley.com

Adam J. Petitt
apetitt@stradley.com
215.564.8130

October 14, 2019

**Via ECF**
Hon. Cathy L. Waldor
United States Magistrate Judge
U.S. District Court for the District of New Jersey
Martin Luther King, Jr. Courthouse
50 Walnut Street, Room 4040
Newark, NJ   07101

      Re:    **Rakofsky v. United Healthcare Services, Inc.**
             **U.S. District Court for the District of New Jersey**
             **Case No.  2:19-cv-09575-ES-CLW**

Dear Judge Waldor:

      During the October 7, 2019 teleconference regarding the parties' dispute over entering into a confidentiality order, Your Honor provided Plaintiff with seven days to reconsider entering into the confidentiality order and requested that Defendant UnitedHealthcare Services, Inc. provide a status of the dispute to the Court.  Based on my communication with Plaintiff this afternoon, Plaintiff refuses to enter into such an order.

      By way of further update, the parties have held settlement negotiations and are in the process of discussing terms of a proposed settlement. The parties will promptly advise the Court if a settlement is agreed upon.

                                                 Respectfully,

                                                 /s/ Adam J. Petitt
                                                 Adam J. Petitt

cc:    Joseph Rakofsky, Esquire (via ECF only)
        Francis X. Manning, Esquire (via ECF only)

4293895