# J. A. RAKOFSKY
# INJURY & ACCIDENT LAW, LLC

46 MERCER STREET, SUITE 2 ● JERSEY CITY, NJ 07302 ● Tel. 888.977.0090 ● Fax. 888.977.4711

October 24, 2019

**Via Regular mail:**
To:   Hon. Cathy L. Waldor,
      United States Magistrate Judge
      United States District Court
      District Court of New Jersey
      Dr. Martin Luther King, Jr. Courthouse
      50 Walnut Street, Room 4040
      Newark, NJ 07101

RE:   Rakofsky v. United Healthcare Services, Inc.
      Docket #:   2:19-cv-09575-ES-CLW

Dear Judge Waldor,

   Defendant and I have executed a Settlement Agreement. When Defendant performs its obligations under the Settlement Agreement, I will file a Stipulation of Voluntary Dismissal.

   If Your Honor has any further questions, please do not hesitate to make contact with me. Thank you.


Respectfully submitted,

/s/ *Joseph Rakofsky*

Joseph Rakofsky, Esq.