# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

JOSEPH RAKOFSKY,

        Plaintiff,

v.                                           Civil Action No.: 2:19-cv-09575-ES-CLW

UNITED HEALTHCARE SERVICES, INC.,

        Defendant.

## STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED that the above-entitled action be and it is hereby dismissed with prejudice in its entirety and without costs against all parties identified in the action.

JOSEPH RAKOFSKY  
Pro se

By: _____  
    Joseph Rakofsky

Dated: November 16, 2019

STRADLEY RONON STEVENS &  
YOUNG, LLP  
Attorney for  
United Healthcare Services

By: _____  
    Adam J. Petitt, Esq.

Dated: November 18, 2019